# EXHIBIT C

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANIEFIOK FRAME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. 20-A-3901 |
| v. ) | |
| ) | |
| DIVERSIFIED MAINTENANCE ) | |
| SYSTEMS, LLC ) | |
| ABC CORPS. #1-3; ) | |
| JOHN DOES #1-3, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

**TO:**    The Honorable John S. Morgan
12 East Park Square
Marietta, GA 30090

Nigel Phiri, Esq.
Morgan & Morgan, PLLC
P.O. Box 57007
Atlanta, Georgia 30343
nphiri@forthepeople.com
mhendrix@forthepeople.com

**FROM:**    Christie L. Carrie, Rutherford & Christie LLP

Pursuant to 28 U.S.C. § 1446(d), Defendant Diversified Maintenance Systems, LLC files this Notice to advise the Court and opposing counsel that they have filed a Notice of Removal, attached hereto as **Exhibit 1**, in the United States District Court for the Northern District of Georgia. This Notice of Filing Notice of Removal will serve to complete the removal of this case to federal court under 28 U.S.C. §§ 1446(a)-(e), and preclude further proceedings in this action.

Respectfully submitted this 30th day of March, 2021.

RUTHERFORD & CHRISTIE LLP

/s/ Carrie L. Christie
Carrie L. Christie
Georgia State Bar No. 125248
*Attorneys for Defendant Diversified Maintenance Systems, LLC*

225 Peachtree Street NE
South Tower, Suite 1750
Atlanta, Georgia 30303
P: (404) 522-6888
F: (404) 522-0108
info@rclawllp.com

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANIEFIOK FRAME, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. 20-A-3901 |
| v. | ) |
| | ) |
| DIVERSIFIED MAINTENANCE | ) |
| SYSTEMS, LLC | ) |
| ABC CORPS. #1-3; | ) |
| JOHN DOES #1-3, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this date served all parties in the above-referenced matter with a copy of the foregoing **NOTICE OF FILING OF REMOVAL** by electronic mail at the address on file with the e-filing service provider and by depositing same in the United States Mail with adequate postage thereon addressed as follows:

Nigel Phiri, Esq.
Morgan & Morgan, PLLC
P.O. Box 57007
Atlanta, Georgia 30343
P: 404-965-8811
F: 404-496-7385
nphiri@forthepeople.com
mhendrix@forthepeople.com

This 30th day of March, 2021.

/s/ Carrie L. Christie_____
Carrie L. Christie
Georgia Bar No.: 125248